IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, STATE OF MISSISSIPPI, STATE OF ALABAMA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF NEBRASKA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, COMMONWEALTH OF VIRGINIA, AND STATE OF WEST VIRGINIA, <br><br>*Plaintiffs*, <br><br>v. <br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MELANIE FONTES RAINER, in her official capacity as the Director of the Office for Civil Rights; CENTERS FOR MEDICARE AND MEDICAID SERVICES; and CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, <br><br>*Defendants*. | Civil Action No. 1:24-cv-161-LG-BWR |

**PLAINTIFFS' URGENT AND NECESSITOUS MOTION FOR
§ 705 RELIEF AND A PRELIMINARY INJUNCTION
AND FOR EXPEDITED CONSIDERATION**

The Plaintiff States challenge the U.S. Department of Health and Human Services' latest attempt to redefine sex discrimination under Section 1557 of the Affordable Care Act to encompass gender identity. *See* HHS, *Nondiscrimination in Health Programs and Activities*, 89 Fed. Reg. 37,522 (May 6, 2024) ("2024 Rule"). As explained in Plaintiffs' Complaint [ECF 1] and in the accompanying

1

memorandum, HHS's 2024 Rule—set to take effect July 5, 2024—is contrary to law, beyond the agency's statutory authority, unconstitutional, and violates the Administrative Procedure Act.

The Plaintiff States bring this motion to seek preliminary relief from the unlawful 2024 Rule under 5 U.S.C. § 705, which allows courts to stay the effective date of a challenged rule pending judicial review, as well as under Federal Rule of Civil Procedure 65. Without preliminary relief, the 2024 Rule will impose unrecoverable compliance costs, interfere with States' longstanding authority to regulate the practice of medicine within their borders, require compliance with regulations that conflict with States' duly enacted laws protecting vulnerable citizens from risky and unproven medical interventions, and force States to subsidize those costly interventions through their state-sponsored insurance plans. If a State or healthcare provider balks at HHS's gender-identity agenda, they risk losing all federal funding. For the States, that could amount to a loss of *hundreds of billions of dollars* in aid for some of their most vulnerable citizens. Both the balance of the equities and the public interest also favor temporarily maintaining the status quo pending judicial review of the 2024 Rule.

Accordingly, the Plaintiff States request the entry of an order:

a.  Declaring the 2024 Rule's redefinition of sex discrimination likely unlawful under Section 1557 of the Affordable Care Act, the Administrative Procedure Act, and the U.S. Constitution;

b.  Staying the effective date of the 2024 Rule, pursuant to 5 U.S.C. § 705, as it pertains to the provisions set forth at 42 C.F.R. §§ 438.3, 438.206, 440.262, 460.98, 460.112; 45 C.F.R. §§ 92.5, 92.6, 92.7, 92.8, 92.9, 92.10, 92.101, 92.206-211, 92.301, 92.303, 92.304; and any other provision of the 2024 Rule applied with respect to "sex" discrimination that encompasses gender identity;

c.  Preliminarily enjoining HHS, and any other agency or employee of the United States, from enforcing, relying on, implementing, or otherwise acting pursuant to the 2024 Rule's challenged provisions; and

d.  Granting any and all other preliminary relief the Court deems proper.

In support of the instant motion, the Plaintiff States rely on their Complaint [ECF 1], the accompanying memorandum of law, and the following exhibits attached hereto:

    Exhibit A – Declaration of Stephen Smith (Tennessee);

    Exhibit B – Declaration of Cody Smith (Mississippi);

    Exhibit C – Declaration of Kimberly Sullivan (Louisiana);

    Exhibit D – Declaration of Jeremy Brunssen (Nebraska);

    Exhibit E – Declaration of Cheryl Roberts (Virginia); and

    Exhibit F – Declaration of Steven Voigt (Ohio);

    Exhibit G – Declaration of Robert Kerr (South Carolina);

    Exhibit H – Declaration of Wanda Davis (Alabama);

    Exhibit I – Declaration of Michael Althoff (South Dakota); and

    Exhibit J – Declaration of Stephanie Azar (Alabama).

Given the 2024 Rule's effective date of July 5, 2024, the Plaintiff States respectfully request expedited consideration of their motion pursuant to Local Rule 7(b)(8). The Plaintiff States would propose the following briefing schedule, which would align the preliminary-motions schedule in this case with that of a related case pending before this Court, *McComb Children's Clinic, Ltd. v. Becerra*, Civil Action No. 5:24-cv-48:

- June 13, 2024  Plaintiff States' Motion for § 705 Stay and Preliminary Injunction Filed

- June 24, 2024  Defendants' Response Due

- June 26, 2024  Plaintiff States' Reply Brief Due

Counsel for the Plaintiff States has conferred with Counsel for the Defendants, Sarah M. Suwanda, who represented that the Defendants oppose this Motion and expedited consideration of the same. The Plaintiff States further requested that Defendants agree to a temporary stay of any enforcement of the 2024 Rule against the Plaintiff States until the end of July to provide additional time for briefing of the instant motion, but Defendants object to any such stay.

3

Dated: June 13, 2024                                     Respectfully submitted,

**LYNN FITCH**
   *Attorney General*

/s/ *Scott G. Stewart*
SCOTT G. STEWART
   *Solicitor General*
   Bar No. 106359
JUSTIN L. MATHENY
   *Deputy Solicitor General*
   Bar No. 100754
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, Mississippi 39205
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov
*Counsel for Plaintiff State of Mississippi*

**JONATHAN SKRMETTI**
   *Attorney General & Reporter*

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN
   *Senior Counsel for Strategic Litigation*
   Bar No. 103218
WHITNEY HERMANDORFER*
   *Director of Strategic Litigation*
HARRISON GRAY KILGORE*
   *Strategic Litigation Counsel and Assistant Solicitor General*
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
steven.griffin@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
harrison.kilgore@ag.tn.gov
*Counsel for Plaintiff State of Tennessee*

**STEVE MARSHALL**
   *Attorney General*

/s/ *A. Barrett Bowdre*
A. BARRETT BOWDRE*
   *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
barrett.bowdre@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

**CHRISTOPHER CARR**
   *Attorney General*

/s/ *Stephen Petrany*
STEPHEN PETRANY*
   *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

**THEODORE E. ROKITA**
   *Attorney General*

/s/ *James A. Barta*
JAMES A. BARTA*
   *Solicitor General*
INDIANA ATTORNEY GENERAL'S OFFICE
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*


**RUSSELL COLEMAN**
   *Attorney General*

/s/ *Justin D. Clark*
JUSTIN D. CLARK*
   *Civil Chief*
LINDSEY R. KEISER**
   *Assistant Attorney General*
COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
justind.clark@ky.gov
lindsey.keiser@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*


**MICHAEL T. HILGERS**
   *Attorney General*

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
   *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

**KRIS W. KOBACH**
   *Attorney General*

/s/ *Jay Rodriguez*
JAY RODRIGUEZ*
   *Assistant Attorney General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, Kansas 66612
(785) 296-4733
jay.rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*


**ELIZABETH B. MURRILL**
   *Attorney General*

/s/ *Kelsey L. Smith*
KELSEY L. SMITH**
   *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
(225) 428-7432
smithkel@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*


**DAVE YOST**
   *Attorney General*

/s/ *T. Elliot Gaiser*
T. ELLIOT GAISER*
   *Solicitor General*
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Thomas.Gaiser@ohioago.gov
*Counsel for the State of Ohio*

**GENTNER DRUMMOND**
  *Attorney General*

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II**
  *Solicitor General*
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov
*Counsel for the State of Ohio*


**MARTY J. JACKLEY**
  *Attorney General*

/s/ *Clifton Katz*
CLIFTON KATZ*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota 57501
(605) 773-3215
clifton.katz@state.sd.us
*Counsel for Plaintiff State of South Dakota*


**PATRICK MORRISEY**
  *Attorney General*

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
  *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
*Counsel for Plaintiff State of Virginia*


**ALAN WILSON**
  *Attorney General*

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK*
  *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-4127
thomashydrick@scag.gov
*Counsel for Plaintiff State of South Carolina*


**JASON S. MIYARES**
  *Attorney General*

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  *Principal Deputy Solicitor General*
BRENDAN T. CHESTNUT*
  *Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S OFFICE
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*


*Admitted *Pro Hac Vice*
**Pro Hac Vice Application Forthcoming

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2024, a true and correct copy of the foregoing document was served via the Court's electronic filing system, which sent notice of filing to all counsel of record.

      */s/ Steven J. Griffin*
STEVEN J. GRIFFIN
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
steven.griffin@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*