# EXHIBIT F

Declaration of Steven T. Voigt, Deputy Director of the Ohio Department of Medicaid

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF TENNESSEE, et al.,

                              *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity
as Secretary of the United States Department
of Health and Human Services, et al.,

                              *Defendants*.

Case No. 1:24-cv-161-LG-BWR

### DECLARATION OF STEVEN T. VOIGT

Pursuant to 28 U.S.C. § 1746, I, Steven T. Voigt, duly affirm under penalty of perjury as follows:

1.      I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2.      I serve as a Deputy Director of the Ohio Department of Medicaid ("ODM"). ODM is responsible for administering Ohio's Medicaid program, as well as the State's Children's Health Insurance Program ("CHIP")

3.      As a Deputy Director, I am responsible for the management of certain ODM bureaus.

4.      ODM's mission is to improve lives through high-quality, cost-effective care. Accomplishing this mission requires partnership between the provider community, stakeholders, advocates, families, and ODM employees. ODM serves over three million Ohioans, including

1

individuals with low incomes, children, older adults, and adults with disabilities.

5.    In SFY 2023, approximately 1.4 million minors were enrolled in Ohio's Medicaid program or CHIP programs.

6.    In SFY 2023, approximately 2.3 million adults were enrolled in Ohio's Medicaid program.

7.    ODM received approximately $48.5 billion in total federal funding in State Fiscal Years 2022-2023.   That includes more than $1.1 billion in federal funding for CHIP.   ODM estimates that the federal share expended for each program will be even greater in State Fiscal Year 2024-2025.

8.    HHS funding is used to pay a portion of ODM's administrative costs, including many ODM employees' salaries and benefits.

9.    ODM annually contributes several million dollars to Ohio's state employee health insurance plan on behalf of its employees, including approximately $5 million in HHS funds in SFY23.

Steven T. Voigt

Dated: 6/13/24