IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-161-LG-BWR |
| ) | |
| XAVIER BECERRA, ET AL., ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF
## BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

The Plaintiff States respectfully move for entry of a case management schedule designed to advance this matter to final judgment and provide certainty to the States, their healthcare providers, and their citizens regarding the lawful scope of Section 1557 of the Affordable Care Act and Defendants' enforcement powers moving forward.

The parties have conferred but have been unable to reach agreement regarding a case management schedule. Plaintiff States provided Defendants' counsel with a proposed schedule for the filing of the administrative record and the briefing of dispositive motions. As part of that proposal, counsel for Plaintiff States advised Defendants' counsel that Plaintiff States would consent to Defendants' delaying any response to the Complaint and incorporating any such response into their briefing on dispositive motions. Counsel for Defendants opposed any discussion of a briefing schedule as premature and instead sought Plaintiff States' consent for an extension of their deadline to respond to the Complaint until September 30—some four months after Defendants were served with process and nearly three months after this Court issued its preliminary injunction order.

For the below reasons, the Plaintiff States oppose Defendants' extension request and instead

1

seek entry of the below briefing schedule so that this case may proceed to final judgment.

*First*, this case is well positioned to move expeditiously toward final judgment. No discovery is necessary to resolve this matter on the merits—a step that proceeds via summary-judgment motions based exclusively on the administrative record in nearly all cases brought under the Administrative Procedure Act. The legality of the 2024 Rule turns on issues of law that this Court has already thoroughly considered and addressed at length. This Court's injunction ruling was preliminary in posture but clear in its conclusion: "HHS acted unreasonably when it relied on *Bostock*'s analysis in order to conflate the phrase 'on the basis of sex' with the phrase 'on the basis of gender identity.'" Mem. Op. and Order [29] at 22 (finding that HHS had likely exceeded its statutory authority "by applying the *Bostock* holding to Section 1557's incorporation of Title IX in its May 2024 Rule"). Two other district courts reached the same conclusion on the merits. *Texas v. Becerra*, 2024 WL 3297147, at *1 (E.D. Tex. July 3, 2024) (finding that "federal agencies are attempting to impose a sweeping new social policy by manipulating and perverting the statutory text that constrains them"); *Florida v. U.S. Dep't of Health and Human Servs.*, 8:24-cv-1080-WFJ-TGW, Doc. 41 (M.D. Fla. July 3, 2024). No amount of further briefing can rehabilitate Defendants' radical rewrite of Section 1557 and Title IX.

*Second*, expeditious resolution of this case would promote much-needed clarity and is necessary to provide the States with full relief from the 2024 Rule. The injunction's preliminary nature necessarily means there is still substantial uncertainty regarding the 2024 Rule. And even if Defendants choose to appeal this Court's preliminary injunction ruling by their September 3 deadline for doing so, any such appeal would not "inherently divest the district court of jurisdiction or otherwise restrain it from taking other steps in the litigation," including a final ruling on the merits. *Satanic Temple, Inc. v. Tex. Health and Human Servs. Comm'n*, 79 F.4th 512, 514 (5th Cir. 2023). A prompt decision on the merits would also allow the Fifth Circuit to consider any appeal of this Court's merits decision in conjunction with any appeal of the July 3 preliminary-injunction order. The alternative would be

potentially years of appellate proceedings while the case remains pending before this Court and while the 2024 Rule hangs over the heads of affected medical providers and insurance carriers.

Accordingly, Plaintiff States propose the following case management schedule for the orderly progression of this case to final resolution:

| | |
|---|---|
| <u>August 15, 2024</u>: | Defendants to file the administrative record |
| <u>August 29, 2024</u>: | Plaintiffs to file their motion for summary judgment |
| <u>September 13, 2024</u>: | Defendants to file their response to Plaintiffs' motion for summary judgment; any incorporated cross-motions; and response to complaint |
| <u>September 27, 2024</u>: | Plaintiffs to file their reply in support of their motion for summary judgment and incorporated response to any cross-motions filed by Defendants |
| <u>October 4, 2024</u>: | Defendants to file their reply in support of any cross-motions |

This proposed schedule grants the parties the default briefing response timeline for each filing, and it permits Defendants more time to file the administrative record than is the default in other cases. *See, e.g.,* Fed. R. App. P. 17(a) (40 days from date of service). Alternatively, Defendants could stipulate by August 15, 2024, that the administrative record is not needed to resolve their legal arguments, or that this case can proceed with only the filing of a certified list or relevant portions of record contents. *Cf.* U.S. District Court for District of Columbia Local Civ. R. 7(n)(1); *Tennessee v. Cardona*, No. 2:24-cv-72-DCR-CJS, Doc. 121 (E.D. Ky. July 16, 2024) (directing parties to file certain portions of administrative record).

Date: July 22, 2024.                                      Respectfully submitted,

**LYNN FITCH**
   *Attorney General*

/s/ *Scott G. Stewart*
SCOTT G. STEWART
   *Solicitor General*
   Bar No. 106359
JUSTIN L. MATHENY
   *Deputy Solicitor General*
   Bar No. 100754
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, Mississippi 39205
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov
*Counsel for Plaintiff State of Mississippi*

**JONATHAN SKRMETTI**
   *Attorney General & Reporter*

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN
   *Senior Counsel for Strategic Litigation*
   Bar No. 103218
WHITNEY HERMANDORFER*
   *Director of Strategic Litigation*
HARRISON GRAY KILGORE*
   *Strategic Litigation Counsel and Assistant Solicitor General*
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
steven.griffin@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
harrison.kilgore@ag.tn.gov
*Counsel for Plaintiff State of Tennessee*

**STEVE MARSHALL**
   *Attorney General*

/s/ *A. Barrett Bowdre*
A. BARRETT BOWDRE*
   *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
barrett.bowdre@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

**CHRISTOPHER CARR**
   *Attorney General*

/s/ *Stephen Petrany*
STEPHEN PETRANY*
   *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

**THEODORE E. ROKITA**
   *Attorney General*

/s/ *James A. Barta*
JAMES A. BARTA*
   *Solicitor General*
INDIANA ATTORNEY GENERAL'S OFFICE
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*

**KRIS W. KOBACH**
   *Attorney General*

/s/ *Jay Rodriguez*
JAY RODRIGUEZ*
   *Assistant Attorney General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, Kansas 66612
(785) 296-4733
jay.rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
   *Attorney General*

/s/ *Justin D. Clark*
JUSTIN D. CLARK*
   *Civil Chief*
LINDSEY R. KEISER*
   *Assistant Attorney General*
COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
justind.clark@ky.gov
lindsey.keiser@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

**ELIZABETH B. MURRILL**
   *Attorney General*

/s/ *J. Benjamin Aguiñaga*
KELSEY L. SMITH*
   *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
(225) 428-7432
smithkel@ag.louisiana.gov
*Counsel for Plaintiff State of Kansas*

**MICHAEL T. HILGERS**
   *Attorney General*

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
   *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

**DAVE YOST**
   *Attorney General*

/s/ *T. Elliot Gaiser*
T. ELLIOT GAISER*
   *Solicitor General*
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Thomas.Gaiser@ohioago.gov
*Counsel for the State of Ohio*

**GENTNER DRUMMOND**
  *Attorney General*

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
  *Solicitor General*
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov
*Counsel for the State of Ohio*


**MARTY J. JACKLEY**
  *Attorney General*

/s/ *Clifton Katz*
CLIFTON KATZ*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota  57501
(605) 773-3215
clifton.katz@state.sd.us
*Counsel for Plaintiff State of South Dakota*


**PATRICK MORRISEY**
  *Attorney General*

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
  *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF
WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
*Counsel for Plaintiff State of Virginia*


**ALAN WILSON**
  *Attorney General*

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK*
  *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-4127
thomashydrick@scag.gov
*Counsel for Plaintiff State of South Carolina*


**JASON S. MIYARES**
  *Attorney General*

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  *Principal Deputy Solicitor General*
BRENDAN T. CHESTNUT*
  *Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S OFFICE
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*


*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2024, a true and correct copy of the foregoing document was filed using the Court's electronic court-filing system, which sent notice of filing to all counsel of record.

                                    */s/ Steven J. Griffin*
                                    STEVEN J. GRIFFIN