# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, in his official capacity<br>    as Secretary of the United States<br>    Department of Health and Human<br>    Services, *et al.*,<br><br>      Defendants. | No. 1:24-cv-00161-LG-BWR |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Zachary W. Sherwood of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of all Defendants in the above-captioned case.

Dated: August 29, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(Indiana Bar No. 37147-49)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*