# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:24-cv-00161-LG-BWR |

## ORDER ENTERING BRIEFING SCHEDULE

The parties have conferred on next steps and agreed that this matter is amenable to resolution through the filing of dispositive motions. The parties have further conferred and agreed on a proposed briefing schedule in this litigation. The Court enters the briefing schedule agreed to by the parties as follows:

- April 25, 2025 – Plaintiffs' Motion for Summary Judgment
- May 16, 2025 – Defendants' Opposition and Cross-Motion to Dismiss
- May 30, 2025 – Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion to Dismiss
- June 9, 2025 – Defendants' Reply in Support of Cross-Motion to Dismiss.

Because of the parties' agreement on a dispositive motions briefing schedule, the parties agree that Defendants need not file an Answer to the Complaint. The Court vacates the scheduled April 24 status conference.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE