UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:24-cv-00161-LG-BWR |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Defendants, by and through their attorneys, respectfully request that the Court extend the remaining deadlines for dispositive briefing in this case by five days, such that Defendants' Opposition and Cross-Motion to Dismiss is due May 21, 2025; Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion to Dismiss is due June 4, 2025; and Defendants' Reply in Support of Cross-Motion to Dismiss is due June 16, 2025. Defendants on this date have filed their memorandum brief in support of this motion.

Dated: May 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*