IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF TENNESSEE, et al.**                                                      **PLAINTIFFS**

**v.**                                                      **CAUSE NO. 1:24cv161-LG-BWR**

**ROBERT F. KENNEDY, JR., in
his official capacity as Acting
Secretary of the United States
Department of Health and
Human Services, et al.**                                                      **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' UNOPPOSED
### MOTION TO EXTEND BRIEFING SCHEDULE

**BEFORE THE COURT** is the [63] Motion to Extend Briefing Schedule filed by Defendants. After reviewing the unopposed Motion and the record in this matter, the Court finds that the remaining deadlines should be extended as follows:

- Defendants' Response and Memorandum in Opposition to Plaintiffs' [61] Motion for Summary Judgment and Defendants' Cross-Motion to Dismiss and Supporting Memorandum are due on May 21, 2025;

- Plaintiffs' Reply in Support of their [61] Motion for Summary Judgment and their Response and Memorandum in Opposition to Defendants' Cross- Motion to Dismiss are due on June 4, 2025; and

- Defendants' Reply in Support of their Cross-Motion to Dismiss is due June 16, 2025.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' [63] Motion for Extension of Time to File Response/Reply is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 15th day of May, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge