# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

|  |  |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:24-cv-00161-LG-BWR |

## DEFENDANTS' RESPONSE TO
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully submit this Response to Plaintiffs' Motion for Summary Judgment, ECF No. 61. Plaintiffs' Motion should be denied, and in support of this Response, Defendants submit a Memorandum Brief in Opposition to Plaintiffs' Motion by separate filing.

Dated: May 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*