UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:24-cv-00161-LG-BWR |

**DEFENDANTS' CROSS-MOTION TO DISMISS**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants respectfully request that the Court dismiss the Complaint in its entirety, as Plaintiffs fail to establish that their claims are ripe for review under Article III. The grounds for this request are set forth more fully in the accompanying memorandum of law. A proposed order has been e-mailed to chambers, consistent with the Court's Administrative Procedures for Electronic Case Filing, § 5.B.

| | |
|---|---|
| Dated: May 21, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Director<br><br>*/s/ Sarah M. Suwanda*<br>SARAH M. SUWANDA<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>Tel.: (202) 305-3196<br>E-mail: sarah.m.suwanda@usdoj.gov<br><br>*Counsel for Defendants* |