IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF TENNESSEE, et al.**     **PLAINTIFFS**

**v.**     **CAUSE NO. 1:24cv161-LG-BWR**

**ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment, which is entered herewith, the Court hereby enters this Final Judgment in accordance Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs are entitled to summary judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following regulations are **VACATED** to the extent that they expand Title IX's definition of sex discrimination to include gender-identity discrimination: 42 C.F.R. § 438.3(d)(4), 42 C.F.R. § 438.206(c)(2), 42 C.F.R. § 440.262, 42 C.F.R. § 460.98(b)(3), 42 C.F.R. § 460.112(a), 45 C.F.R. § 92.101(a)(2)(iv), 45 C.F.R. § 92.206(b)(1)–(4), 45 C.F.R. § 92.207(b)(3)–(5), 45 C.F.R. § 92.8(b)(1), 45 C.F.R. § 92.10(a)(1)(i), and 45 C.F.R. § 92.208.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are

-2-

entitled to the following declaratory judgment: HHS exceeded its statutory authority when (1) it interpreted Title IX, as incorporated into Section 1557, to prohibit discrimination on the basis of gender identity, and (2) when it implemented Section 1557 regulations concerning gender identity and "gender affirming care."

**SO ORDERED AND ADJUDGED** this the 22nd day of October, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE